# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The person of Sarah Jane Cavanaugh (YOB:1991), 26 Corey Avenue, Warwick, RI 02818, and any vehicles parked at the residence, and further described below. | Case No. 22-SW-025-LDA |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person of Sarah Jane Cavanaugh (YOB:1991), 26 Corey Avenue, Warwick, RI 02818, and any vehicles parked at the residence, and further described in Attachment A.

located in the _____ District of __Rhode Island__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 498;<br>18 U.S.C § 1343;<br>18 U.S.C § 704(b)(d)(1) | Military or Naval Discharge Certificates;<br>Fraud by Wire, Radio, or Television;<br>collectively Military Medals or Decorations |

The application is based on these facts:
See attached Affidavit of Special Agent Thomas Donnelly of the VA OIG.

- ☒ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Thomas Donnelly*
Applicant's signature

Special Agent Thomas Donnelly, VA OIG
Printed name and title

Sworn to before me and signed in my presence.

Date: _____
Judge's signature

City and state: Providence, Rhode Island      Lincoln D. Almond, U.S. Magistrate Judge
Printed name and title