## ATTACHMENT A

## DESCRIPTION AND PHOTOGRAPH OF LOCATIONS TO BE SEARCHED

1. The Target Locations are the person of SARAH JANE CAVANAUGH (DOB: xx/xx/1991), 26 Corey Avenue, Warwick, RI 02818 and any vehicles parked at the residence that are determined to be owned, leased or operated by Sarah Jane CAVANAUGH, including but not limited to a 2019 Volvo S60, color black, Rhode Island registration "202." The residence is described as a single-family home with 1.75 floors consisting of green exterior walls and a black shingle roof. It is located in a residential area of Warwick on the East Greenwich, RI town line. The numbers "26" are visible to the right of the front door of the home. The investigation to date has shown that CAVANAUGH has lived at the Target Location since at least July 2017.

