UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: SEARCH WARRANT | Case No. 22-SW-025-LDA

## MOTION TO UNSEAL

The United States of America, by and through its attorneys, Zachary A. Cunha, United States Attorney, and Ronald R. Gendron, Assistant United States Attorney, moves that the Application for Search Warrant, Search Warrant, and Affidavit and Attachments be unsealed in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY A. CUNHA
United States Attorney

_____
RONALD R. GENDRON
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Ronald.Gendron@usdoj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
U.S. MAGISTRATE COURT JUDGE

DATE: _____